John Rossi; *Charles J. Rogers, Jr.,* for Rudolpho G. Sciarra, for defendants-petitioners.

Ex. &c. No. 1566. STATE *v.* MAURICE LERNER. Petition to reargue denied. Paolino, Joslin and Doris, JJ., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Ronald Chisholm,* Boston, Mass., *Raymond J. Daniels,* for defendant-petitioner.

Ex. &c. No. 1566. STATE *v.* RAYMOND L. S. PATRIARCA. Petition to reargue denied. Paolino, Joslin and Doris, JJ., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Harvey Brower,* Lawrence, Mass., *Harris L. Berson,* for defendant-petitioner.

Ex. No. 1574. STATE *v.* GERALD M. LACHAPELLE. Motion of defendant for admission to bail denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Alton W. Wiley,* Asst. Public Defender, for defendant.

APPEAL No. 73-89. BARBARA SULLIVAN *v.* HELEN SULLIVAN *et al.* Motion of appellee for a peremptory hearing denied. *Edward E. Dillon, Jr.,* for appellee. *J. Joseph Nugent, Nugent & Nugent,* for appellants.

APPEAL No. 73-143. BARBARA TAMBORELLI *v.* RICHARD K. AMAZINE *et al.* Appellee-respondent's motion to dismiss appeal is denied. Motion to remand is granted, and the papers ordered transmitted to the Superior Court for further proceedings. *Nathan Spungin,* for appellee-respondent. *Aram K. Berberian,* for appellants-petitioners.

APPEAL No. 1627. ALBION RAYMOND *v.* B. I. F. INDUSTRIES, INC. Motion for a counsel fee pursuant to G. L. 1956, §28-35-32, as amended, is granted, and petitioner awarded $1,250 for services rendered before Supreme Court. *Abedon, Michaelson,*

*Stanzler & Biener, Richard A. Skolnik,* for petitioner. *Hanson, Curran, Bowen & Parks, E. Howland Bowen,* for respondent.

APPEAL NO. 1809. VICTOR CORRENTE *et al. v.* TOWN OF COVENTRY *et al.* Motion to reargue denied. *John D. Lynch,* for plaintiff. *Frank J. Williams,* Town Solicitor, *Richard R. Del Sesto,* for Town of Coventry; *James F. Murphy,* for defendant, Lanbro, Inc., defendants.

APPEAL NO. 1810. B. I. F. INDUSTRIES, INC. *v.* ALBION RAYMOND. Motion for a counsel fee pursuant to G. L. 1956, §28-35-32, as amended, is granted, and respondent awarded $750 for services rendered before Supreme Court. *Hanson, Curran, Bowen & Parks, E. Howland Bowen,* for petitioner. *Abedon, Michaelson, Stanzler & Biener, Richard A. Skolnik,* for respondent.

APPEAL NO. 1990. IN RE SHANNON. Motion of petitioner for summary reversal of decision of Family Court denied as moot. *Joseph F. Dugan,* Rhode Island Legal Services, Inc., *Gerald T. Mulligan,* West Roxbury, Mass., for petitioner. *Stephen J. Fortunato,* for respondents.

October 4, 1973.

M. P. NO. 1697. CATHERINE I. BATON *v.* HAROLD W. BATON. Matter came on to be heard on October 1, 1973, on a show cause order to dismiss for lack of prosecution, and no cause being shown at said hearing, petition dismissed. *Frank S. Cappuccio,* for plaintiff-respondent. *Edward M. Botelle, Z. Hershel Smith,* for defendant-petitioner.

APPEAL NO. 73-27. ARTHUR QUINT *et ux. v.* PAWTUXET VALLEY BUS LINES *et al.* Motion of plaintiffs to file a brief exceeding fifty pages is granted. *Aram A. Arabian, Frank R. Mazzeo,* for plaintiffs. *Gunning, LaFazia, Gnys & Selya,* for defendants.

APPEAL NO. 73-68. GEORGE PELOSO *v.* RALPH IMPERATORE *et al.* Motion of appellant to file a brief exceeding fifty pages